David M Johnson ~~RECEIVED~~ FILED
F-14753 3B-A1-08 JUN 12 PM 1:59
P.O. Box 950   RICHARD W. WIEKING
Folsom, CA 95763   CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6/7/08

U.S. District Court
Northern District

In Re Johnson vs Tilton
   Case No. CV-08-2628 WHA

Dear Clerk,

   I am the Petitioner in the above-entitled action.
   When this action was filed, a state issued check was included with my petition. [See attached]
   The prison staff failed to make note on the check that it was for the filing fee.
   This letter is in response to your notice sent to me dated 5/23/08.
   Please apply the state issued check to the filing fee.

Thank-you
X David M Johnson
David M Johnson

CC: File

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your petition has been filed as civil case number_____.

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. \_✓_ you did not file an In Forma Pauperis Application.

2. \_\_\_\_ the In Forma Pauperis Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

   \_\_\_\_ You did not sign your In Forma Pauperis Application.

   \_\_\_\_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   \_\_\_\_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

JOHNSON

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS          CDC NUMBER
                         ITAS TRUST ACCOUNT DISPLAY

--------------  ACCOUNT INFORMATION  --------------  ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   F14753
  ACCOUNT NAME:   JOHNSON, DAVID   MICHAEL
  ACCOUNT TYPE:   I
CURRENT BALANCE:           3.22
   HOLD BALANCE:           1.00
 ENCUM. BALANCE:           0.00
      AVAILABLE:           2.22
PRIVILEGE GROUP:  A
  LAST CANTEEN:   05/19/2008
-------------------------- ACCOUNT TRANSACTIONS ----------------------TS210CA
   DATE    TRAN    AMOUNT    DESCRIPTION       CHECK NUM    COMMENT      BALANCE
-------    ----   ---------  ---------------   ----------   ----------   -------
05/01/08   W502       1.48-  POSTAGE CHARGE                 705804   L      0.88
05/02/08   VD50      48.51   INMATE-PAYROLL-                705822IP04     49.39
05/19/08   FC01      35.00-  DRAW-FAC 1                     706168         14.39
05/21/08   W502       1.17-  POSTAGE CHARGE                 706253   L     13.22
05/21/08   W415       5.00-  CASH WITHDRAWAL   220-054472   706250          8.22
05/21/08   W415       5.00-  CASH WITHDRAWAL   220-054473   706250          3.22
PAGE#       1 OF    11 PAGES
```

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 5-22-08 | ~~Inmate Accounting~~ Trust Offices | Johnson, David | F14753 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| B3 ~~A108~~ | A108 | Metal Fab #2 | ~~B/4~~ 225 | 0600 | 1600 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Would like copy of Account for the mouth of May. Would like copy of money order numbers sent to the courts, (Sacto County - federal appeals)

INTERVIEWED BY: a July      DATE: 5/28/08

DISPOSITION: See attached

I don't know which money order you recieved - But here are the numbers of both money orders. One was for Sacto Superior Court, one was for the federal appeals court

Thank you for you help

David M Johnson
F14753 3B A108
Folson State Prison
P.O. Box 950
Folson Calif 95763

DAVID M Johnson
F14753 - 3B A108
Folsom State Prison
P.O. Box 950
Folsom, Calif.
95763

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680