IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. JOHNSON, | No. C 08-2628 WHA (PR) |
| Petitioner, | **ORDER REGARDING FILING FEE** |
| vs. | |
| JAMES TILTON, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. On May 23, 2008, the clerk sent petitioner a notice that he had failed to pay the filing fee or apply for leave to proceed in forma pauperis ("IFP"). He responds that "[w]hen this action was filed, a state issued check was included with my petition." He says that the prison failed to note on the check that it was in payment of the filing fee and asks that it be applied to the fee in this case.

There was no check with the petition. The court's finance department has reviewed payments received between May 22 and June 13 without finding petitioner's check. He has supplied a printout of his account that shows two five-dollar withdrawals on May 21 and says that one was for state court and one for this court. The printout does not, however, establish that one of the checks was written to this court, as the payee is not indicated, and of course it does not establish that any check actually was mailed to this court.

It may be that both checks were mailed to the state court in error, but for whatever reason, the filing fee has not been paid, and petitioner has not applied for leave to proceed IFP.

1  The time for him to do one or the other is **EXTENDED** to a date thirty days from the date of this
2  order. If he does not either pay the fee or apply for leave to proceed IFP within that time this
3  case will be dismissed.

4  **IT IS SO ORDERED.**

5  Dated: August __18__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.08\JOHNSON,D2628.EXT-IFP.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. JOHNSON,

        Plaintiff,

  v.

JAMES E. TILTON,

        Defendant.

Case Number: CV08-02628 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. Johnson
F-14753
Folsom State Prison
PO Box 950
Represa, CA 95763

Dated: August 20, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk