United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DAVID M. JOHNSON,                          No. C 08-2628 WHA (PR)

11                  Petitioner,                 **ORDER OF DISMISSAL**

12        vs.

13   JAMES TILTON, Secretary,
     California Department of Corrections
14   and Rehabilitation,

15                  Respondent.
                                        /
16

17        This is a habeas case filed pro se by a state prisoner.  Although it appears petitioner

18   believed he had paid the filing fee, no fee was received by the court  As a result, in an order

19   entered on August 20, 2008, petitioner was ordered to pay the fee or apply for leave to proceed

20   in forma pauperis.  He has not done so.  This case therefore is **DISMISSED** without prejudice.

21   The clerk shall close the file.

22        **IT IS SO ORDERED.**

23   Dated:  October ____1____, 2008.

                                        WILLIAM ALSUP
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28   G:\PRO-SE\WHA\HC.08\JOHNSON,D2628.DSIFP.wpd